E.D.N.Y. – Bklyn
24-cv-94
Morrison, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

---

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 7th day of March, two thousand twenty-five.

Present:
> Guido Calabresi,
> Denny Chin,
> Sarah A. L. Merriam,
>> *Circuit Judges*.

---

Yoel Gruen,

*Plaintiff-Appellant*,

v.  24-2920

Ahuva Gruen, et al.,

*Defendants-Appellees*.

---

Plaintiff-appellant, proceeding *pro se*, moves for in forma pauperis ("IFP") status. Upon due consideration, it is hereby ORDERED that the motion for IFP status is GRANTED, the District Court's judgment is VACATED, and the case is REMANDED, with instructions to permit plaintiff to file an amended complaint.

"A *pro se* complaint should not be dismissed without the [District] Court granting leave to amend at least once when a liberal reading of the complaint gives any indication that a valid claim might be stated." *Nielsen v. Rabin*, 746 F.3d 58, 62 (2d Cir. 2014). It is not clear, on the record before us, that any amendment would be futile. Accordingly, the District Court is instructed to permit plaintiff-appellant to file an amended complaint. If the District Court dismisses any amended complaint based on a lack of subject-matter jurisdiction, any such dismissal on that basis must be without prejudice. *See Katz v. Donna Karan Co., LLC*, 872 F.3d 114, 121 (2d Cir. 2017).

> FOR THE COURT:
> Catherine O'Hagan Wolfe, Clerk of Court

